### FAIRFIELD COUNTY, AUGUST TERM, A. D. 1772.

### THE WIDOW DEFOREST'S APPEAL FROM PROBATE.

Dower is to be assigned out of the real estate, only, of which the
husband died seized.

CLAIMING dower in all the lands and real estate, of which
her husband was seized and possessed at any time during their
intermarriage.

By the COURT. The widow is entitled to her dower only
in the lands and real estate of which her husband died seized
and possessed, in his own right.